FILED
HARRISBURG, PA

SEP 2 6 2018

PER PW

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:18-CR- 343 |
| | : | |
| v. | : | |
| | : | (JUDGE Jones ) |
| JORDAN JAMES, | : | |
| | : | |
| Defendant. | : | |

## I N D I C T M E N T

### COUNT 1

(Distribution of Child Pornography)
(Title 18, United States Code, Sections 2252A(a)(2) and (b)(1))

THE GRAND JURY CHARGES:

Between on or about May 9, 2017, and on or about May 22, 2017,

in Cumberland County, within the Middle District of Pennsylvania and

elsewhere, the defendant,

### JORDAN JAMES,

knowingly distributed any child pornography, as defined in Title 18,

United States Code, Section 2256(8)(A), that has been shipped or

transported in or affecting interstate or foreign commerce by any

means, including by computer and that has been shipped or transported

using any means or facility of interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT 2

### (Possession of Child Pornography)
### (Title 18, United States Code, Sections 2252A(a)(5)(B) and (b))

**THE GRAND JURY FURTHER CHARGES:**

On or about May 2, 2018, within the Middle District of Pennsylvania, the defendant,

### JORDAN JAMES,

knowingly possessed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including any image of child pornography involved in the offense of a prepubescent minor or a minor who had not attained 12 years of age, that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer and that has been shipped or transported using any means or facility of interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b).

Case 1:18-cr-00343-CCC   Document 1   Filed 09/26/18   Page 3 of 3

A TRUE BILL

_____
FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY


By: _____
CHELSEA B. SCHINNOUR
ASSISTANT U.S. ATTORNEY

_____9/26/18_____
DATE

3